UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

SK FOODS, L.P., a California limited partnership, et al.,

    Debtors.

BRADLEY D. SHARP, Chapter 11 Trustee,

    Appellant,

    v.

SSC FARMS 1, LLC, et al.,

    Appellees.

CIV. NO. S-12-0775 LKK

O R D E R

On this bankruptcy appeal, Cary Collins and Collins and Associates (collectively, "appellants") have filed an emergency, _ex parte_ application to stay a bankruptcy court order compelling their production of documents listed on their Privilege Log. In order for this court to consider the emergency motion with input from all interested parties, including the party or parties asserting the privilege, the court will issue a temporary stay.

ACCORDINGLY, IT IS ORDERED THAT:

////

1. The Bankruptcy Court's February 1, 2012 order compelling appellants to produce documents subject to the Trustee's July 22, 2011 subpoena, including those documents appellants had identified in their Privilege Log (Bankr. Dkt. No. 530), is **STAYED** pending further order of this court;

2. A hearing on appellants' emergency motion for a stay (Dkt. No. 4), is hereby scheduled for April 9, 2012 at 10:00 a.m. in Courtroom 4 of this court.  All interested parties and non-parties, including those asserting the privilege at issue here, shall attend this hearing.

IT IS SO ORDERED.

DATED:  March 30, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2