UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

          v.                          CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

       Defendant.
_____/

IN RE:

SK FOODS, L.P.,

       Debtor.

BRADLEY D. SHARP,                  CIV. NO. S-10-810 LKK

       Plaintiff,

          v.

SCOTT SALYER, et al.,

       Defendants.
_____/

////

////

////

1   IN RE:

2   SK FOODS, L.P.,

3         Debtor.

4   ROBERT PRUETT,                            CIV NO. S-12-669 LKK

5         Appellant,

6           v.

7   BRADLEY D. SHARP,
    CHAPTER 11 TRUSTEE,

8

9         Appellee.
  _____/
  IN RE:

10

11  SK FOOD, L.P., a California
   limited partnership, et al.,

12        Debtors.

13  BRADLEY D. SHARP, Chapter 11
   Trustee,

14        Appellant,                CIV NO. S-12-775 LKK

15

16          v.

17  SSC FARMS 1, LLC, et al.,

18        Appellees.
  _____/

19  ////

20  ////

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

IN RE:

SK FOODS, L.P., a California
limited partnership,

        Debtor.

CARY COLLINS and COLLINS &
ASSOCIATES,

        Appellants,                  CIV. NO. S-12-0655 GEB

           v.

BRADLEY D. SHARP, Chapter 11
Trustee,
        Appellee.
_____/

IN RE:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

SSC FARMS 1, LLC, et al.,

        Appellants,                  CIV. NO. S-12-0894 JAM

           v.

BRADLEY SHARP, et al.,             RELATED CASE ORDER

        Appellees.
_____/

    The above-captioned cases are bankruptcy appeals.  The court
is in receipt of notices that the above-captioned appeals are
related to <u>Sharp v. Salyer (In re SK Foods, L.P.)</u>, Civ. No. 2:10-
cv-810 LKK (and its previously related cases), and also to <u>Pruett
v. SSC Farms (In re SK Foods, L.P.)</u>, Civ. No. 2:12-669 LKK and
<u>Sharp v. SSC Farms (In re SK Foods, L.P.)</u>, Civ. No. 2:12-775 LKK.

    Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned
to the judge with the lower numbered case.

1    Accordingly the court ORDERS as follows:

2    1.   The bankruptcy appeals denominated Civ. No. 2:12-cv-655

3    GEB and Civ. No. 2:12-cv-894 JAM are REASSIGNED to Senior Judge

4    Lawrence K. Karlton for all further proceedings.  Henceforth, the

5    caption on documents filed in the reassigned cases shall be shown

6    as 2:12-cv-655 LKK and Civ. No. 2:12-cv-894 LKK.

7    2. The Clerk of the Court make shall appropriate adjustment

8    in  the assignment of civil cases to compensate for this

9    reassignment.

10    IT IS SO ORDERED.

11    DATED:  April 13, 2012.

12

13

14

15    LAWRENCE K. KARLTON
      SENIOR JUDGE
16    UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

4