```
 1
 2
 3
 4
 5
 6
 7                        UNITED STATES DISTRICT COURT
 8                       EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,
11           Plaintiff,
12              v.                        CR. NO. S-10-061 LKK
13  FREDERICK SCOTT SALYER,
14           Defendant.
                                        /
15  IN RE:
16  SK FOOD, L.P.,
17           Debtor.
18  BRADLEY D. SHARP, Chapter 11
    Trustee,
19
             Plaintiff,                   CIV NO. S-12-775 LKK
20
                v.
21
    SSC FARMS 1, LLC, et al.,
22
             Defendants.
23                                      /
24  ////
25  ////
26  ////
```

```
IN RE:

SK FOODS, L.P.,

        Debtor.

BRADLEY D. SHARP, Chapter 11
Trustee,

        Plaintiff,              CIV. NO. S-12-923 GEB

        v.

SSC FARMS 1, LLC, et al.,       RELATED CASE ORDER

        Defendants.
_____/
```

The court is in receipt of a notice that <u>Sharp v. SSC Farms I, LLC (In re SK Foods, L.P.)</u>, Civ. No. 12-923 GEB, is related to <u>Sharp v. SSC Farms I, LLC (In re SK Foods, L.P.)</u>, Civ. No. 12-775 LKK. Examination of the cases shows that they are related, as they are both appeals from the same Bankruptcy Court orders. Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to the judge with the lower numbered case.

Accordingly the court ORDERS as follows:

1. The case denominated Civ. No. 12-923 GEB is **REASSIGNED** to Senior Judge Lawrence K. Karlton for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 12-923 LKK.

2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: May 1, 2012.

<pre>
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
</pre>