1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

In re:
10
SK FOODS, L.P., a California
11  limited partnership,

12              Debtors.
    _____/
13  BRADLEY D. SHARP, et al.,

14              Plaintiffs,

15              v.                      CIV. NO. S-11-1839 LKK

16  FRED SALYER IRREVOCABLE
    TRUST, et al.,
17
                Defendants.
18  _____/
    In re:
19
    SK FOODS, L.P., a California
20  limited partnership,

21              Debtors.
    _____/
22
    BRADLEY D. SHARP, et al.,
23
                Plaintiffs,
24
                v.                      CIV. NO. S-11-1840 LKK
25
    SKF AVIATION, LLC, et al.,
26
                Defendants.
    _____/

1  In re:

2  SK FOODS, L.P., a California
   limited partnership,

3

4                Debtors.
   _____/

5  BRADLEY D. SHARP, et al.,

6                Plaintiffs,

7
                    v.                    CIV. NO. S-11-1841 LKK

8  SCOTT SALYER, as trustee of
   the Scott Salyer Revocable
9  Trust, et al.,

10               Defendants.
   _____/

11 In re:

12 SK FOODS, L.P., a California
   limited partnership,

13               Debtors.
   _____/

14 BRADLEY D. SHARP, et al.,

15               Plaintiffs,

16                  v.                    CIV. NO. S-11-1842 LKK

17 SSC FARMS 1, LLC, et al.,

18               Defendants.
   _____/

19 In re:

20 SK FOODS, L.P., a California
   limited partnership,

21

22               Debtors.
   _____/
   BANK OF MONTREAL, as
23 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
24 L.P. and RHM Industrial
   Specialty Foods, Inc, a
25 California corporation, d/b/a
   Colusa County Canning Co.,

26

                        2

1              Appellant,

2                    v.                          CIV. NO. S-11-1845 LKK

3    SCOTT SALYER, et al.,

4              Appellees.
     _____/

5    In re:

6    SK FOODS, L.P., a California
     limited partnership,

7
               Debtors.

8    _____/

     BANK OF MONTREAL, as
9    Administrative Agent, successor
     by Assignment to Debtors SK Foods,
10   L.P. and RHM Industrial
     Specialty Foods, Inc, a
11   California corporation, d/b/a
     Colusa County Canning Co.,

12
               Appellant,
13
                     v.                          CIV. NO. S-11-1846 LKK
14
     INTERNAL REVENUE SERVICE, et al.,
15
               Appellees.
16   _____/

     In re:
17
     SK FOODS, L.P., a California
18   limited partnership, et al.,

19             Debtors.

20   BANK OF MONTREAL, as
     Administrative Agent, successor
21   by Assignment to Debtors SK Foods,
     L.P. and RHM Industrial
22   Specialty Foods, Inc, a
     California corporation, d/b/a
23   Colusa County Canning Co.,          CIV. NO. S-11-1847 LKK

24             Appellant,

25                   v.

26   CSSS, L.P.,

1              Appellee.
_____/

2 In re:

3 SK FOODS, L.P., a California
limited partnership, et al.,

4
              Debtors.
5
BANK OF MONTREAL, as
6 Administrative Agent, successor
by Assignment to Debtors SK Foods,
7 L.P. and RHM Industrial
Specialty Foods, Inc, a
8 California corporation, d/b/a
Colusa County Canning Co.,                    CIV. NO. S-11-1849 LKK

9
              Appellant,
10
                   v.
11
CALIFORNIA FRANCHISE TAX
12 BOARD, et al.,

13            Appellees.
_____/

14 In re:

15 SK FOODS, L.P., a California
limited partnership, et al.,

16
              Debtors.
17
BANK OF MONTREAL, as
18 Administrative Agent, successor
by Assignment to Debtors SK Foods,
19 L.P. and RHM Industrial
Specialty Foods, Inc, a
20 California corporation, d/b/a
Colusa County Canning Co.,                    CIV. NO. S-11-1850 LKK

21
              Appellant,
22
                   v.
23
CALIFORNIA FRANCHISE TAX
24 BOARD, et al.,

25            Appellees.
_____/

26

                         4

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

         Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,                  CIV. NO. S-11-1853 LKK

         Appellant,

            v.

CARY SCOTT COLLINS, et al.,

         Appellees.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

         Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,                  CIV. NO. S-11-1855 LKK

         Appellant,

            v.

CARY SCOTT COLLINS, et al.,

         Appellees.
_____/

////

////

5

1  IN RE:

2  SK FOOD, L.P.,

3          Debtor.

4  BRADLEY D. SHARP, Chapter 11
   Trustee,

5
           Plaintiff,                    CIV NO. S-12-775 LKK

6
                v.

7
   SSC FARMS 1, LLC, et al.,

8
           Defendants.

9  _____/

   IN RE:

10
   SK FOODS, L.P.,

11
           Debtor.

12
   SCOTT SALYER, et al.,                 CIV. NO. S-11-2987 LKK

13
           Appellants,

14
                v.

15
   SK FOODS, L.P., et al.,

16
           Appellees.

17 _____/

   IN RE:

18
   SK FOODS, L.P., a California

19 limited partnership,

20          Debtor.

21 CARY COLLINS and COLLINS &
   ASSOCIATES,

22
           Appellants,                   CIV. NO. S-12-0655 LKK

23
                v.

24
   BRADLEY D. SHARP, Chapter 11

25 Trustee,
           Appellee.

26 _____/

                         6

IN RE:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

SSC FARMS 1, LLC, et al.,

        Appellants,             CIV. NO. S-12-0894 LKK

          v.

BRADLEY SHARP, et al.,            O R D E R

        Appellees.
_____/

The court hereby orders as follows:

    1.   The following motions, currently scheduled for May 21, 2012, are hereby **RE-SCHEDULED** for June 4, 2012 at 10:00 a.m. in Courtroom 4:

        Civ. No. 2:12-894[1]
        Civ. No. 2:11-2987[2]

The May 21, 2012 hearing date is hereby **VACATED**.

    2.   The following matters will also be heard on June 4, 2012 (as currently scheduled):[3]

        Civ. No. 2:11-1839
        Civ. No. 2:11-1840
        Civ. No. 2:11-1841
        Civ. No. 2:11-1842
        Civ. No. 2:11-1845

---

[1] Motions by SSC Farming relating to Order Compelling Production from Collins and Collins & Associates; Farella Braun + Martel LLP's motion to withdraw as counsel.

[2] Trustee's appeal of order approving compromise; Farella Braun + Martel LLP's motion to withdraw as counsel.

[3] Trustee's appeals of orders staying proceedings, and motions to strike.

Civ. No. 2:11-1846
Civ. No. 2:11-1847
Civ. No. 2:11-1849
Civ. No. 2:11-1850
Civ. No. 2:11-1853
Civ. No. 2:11-1855

3.   The following motion will also be heard on June 4, 2012 (as currently scheduled):

Civ. No. 2:12-775[4]

IT IS SO ORDERED.

DATED:  May 15, 2012.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[4] Motions by Collins and Collins and Associates, relating to Order Compelling Production from Collins and Collins & Associates.