```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,
11           Plaintiff,
12              v.                    CR. NO. S-10-061 LKK
13  FREDERICK SCOTT SALYER,
14           Defendant.
                                   /
15  IN RE:
16  SK FOOD, L.P.,
17           Debtor.
18  BRADLEY D. SHARP, Chapter 11
    Trustee,
19
             Plaintiff,               CIV NO. S-12-775 LKK
20
                v.
21
    SSC FARMS 1, LLC, et al.,
22
             Defendants.
23                                 /
24  ////
25  ////
26  ////
```

```
 1  IN RE:

 2  SK FOODS, L.P., a California
    limited partnership, et al.,
 3
            Debtors.
 4
    SSC FARMS 1, LLC, et al.,
 5
            Appellants,                       CIV. NO. S-12-0894 LKK
 6
                v.
 7
    BRADLEY SHARP, et al.,
 8
            Appellees.
 9  _____/

10  IN RE:

11  SK FOODS, L.P.,

12          Debtor.

13  BRADLEY D. SHARP, Chapter 11
    Trustee,
14
            Plaintiff,                        CIV. NO. S-12-923 LKK
15
                v.
16
    SSC FARMS 1, LLC, et al.,
17
            Defendants.
18  _____/
    IN RE:
19
    SK FOODS, L.P., a California
20  Limited Partnership,

21          Debtor.

22  CARY COLLINS and COLLINS &
    ASSOCIATES,
23
            Appellants,                       CIV. NO. S-12-1464 JAM
24
                v.
25
    BRADLEY D. SHARP, CHAPTER 11              RELATED CASE ORDER
26  TRUSTEE,
```

              Appellee.
_____/

The court is in receipt of a notice that <u>Collins v. Sharp (In re SK Foods, L.P.)</u>, Civ. No. 2:12-cv-1464-JAM, is related to Civ. Nos. 2:12-cv-775-LKK, 2:12-cv-894-LKK and 2:12-cv-923-LKK. Examination of the cases shows that they are related. Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to the judge with the lower numbered case.

Accordingly the court ORDERS as follows:

1. The case denominated Civ. No. 2:12-cv-1464-JAM is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:12-cv-1464-LKK.

2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: June 12, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3