1  ROBERT R. MOORE (BAR NO. 113818)
   MICHAEL J. BETZ (BAR NO. 196228)
2  NICHOLAS A. SUBIAS (BAR NO. 228789)
   ANTON L. HASENKAMPF (BAR NO. 267488)
3  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
4  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
5  Phone: (415) 837-1515
   Fax: (415) 837-1516
6  E-Mail: rmoore@allenmatkins.com
           mbetz@allenmatkins.com
7          nsubias@allenmatkins.com
           ahasenkampf@allenmatkins.com
8
   Attorneys for Non- Party Appellants
9  Cary Collins and Collins and Associates

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12                    SACRAMENTO DIVISION

13 | In re:                         | Case Nos.  2:12-cv-00775-LKK; 2:12-cv-00923-LKK; 2:12-cv-01308-LKK; 2:12-cv-1464-LKK
14 | SK FOODS, LP,                  |
15 |          Debtor.               | **COMBINED STIPULATION AND [PROPOSED] ORDER: (1) SHORTENING TIME ON ALLEN MATKINS' MOTION TO WITHDRAW; AND (2) EXTENDING BRIEFING SCHEDULE**

17 |                                | [*Application to Shorten Time Pending*]
18 | Bradley D. Sharp, et al.,      |
19 |          Plaintiff,            | Ctrm:  4
                                      Judge: Hon. Lawrence K. Karlton
20 |    vs.                         | Appeal Filed:  April 10, 2012
21 | SSC Farms, I, LLC, et al.,     |
22 |          Defendants.           |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

850726.01/SF

Case Nos.  2:12-cv-00775-LKK; 2:12-cv-00923-LKK; 2:12-cv-01308-LKK; 2:12-cv-1464-LKK
Stipulation and [Proposed] Order

1   It is stipulated by and between counsel for Non-Party Appellants Cary Collins and Collins
2   and Associates ( collectively "Appellants") and Appellee Bradley D. Sharp ("Trustee") that:

3   (1)  The hearing on Allen Matkins' Motion to Withdraw as Counsel shall take place in
4   Courtroom 4 of the above titled Court on July 23, 2012 at 10 a.m.  No opposition or reply papers
5   shall be filed the Trustee or Appellants.

6   (2)  The deadline for Appellants to file their opening brief and excerpts of record is hereby
7   extended for 30 days, to August 23, 2012.  The appellee's opening brief is due within **fourteen**
8   **(14) days** after service of appellants' brief.  The appellants may file a reply brief with the district
9   court, within **fourteen (14) days** after service of appellee's brief.  Once all briefs have been
10  submitted, appellants are to notify the court in writing, within **fourteen (14) days** after service of
11  appellants' reply brief, that the appeal is ready for oral argument.

12  IT IS SO STIPULATED.

13  Dated: July __, 2012                     SCHNADER HARRISON SEGAL
                                             & LEWIS LLP
14
15                                           By: */s/ Kevin Coleman* (as authorized on 7-17-12)
                                                 KEVIN W. COLEMAN
16                                               Attorneys for Appellee Bradley D. Sharp,
                                                 Chapter 11 Trustee
17

18  Dated: July 17, 2012                     ALLEN MATKINS LECK GAMBLE
                                               MALLORY & NATSIS LLP
19

20                                           By:/s/  *Robert R. Moore*
21                                               ROBERT R. MOORE
                                                 Attorneys for Non-Party Appellants
22                                               Cary Collins and Collins and Associates

23

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

25  (1)  The hearing on Allen Matkins' Motion to Withdraw as Counsel shall take place in
26  Courtroom 4 of the above titled Court on August 6, 2012 at 10 a.m.  No opposition or reply papers
27  shall be filed by the Trustee or Appellants.

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

850726.01/SF

Case Nos.  2:12-cv-00775-LKK; 2:12-cv-00923-LKK; 2:12-cv-01308-LKK; 2:12-cv-1464-LKK
Stipulation and [Proposed] Order

1  (2) The deadline for appellants to file their opening brief and excerpts of record is hereby
2 extended 60 days.  The appellee's opening brief is due within **fourteen (14) days** after service of
3 appellants' brief.  Appellants are cautioned that a business entity (including Collins & Associates)
4 may not file papers, argue or otherwise represent itself in court ("pro se"), but must instead retain
5 new counsel, if its current counsel's motion to withdraw is granted. Appellants may file a reply
6 brief with the district court, within **fourteen (14) days** after service of appellee's brief.  Once all
7 briefs have been submitted, appellants are to notify the court in writing, within **fourteen (14) days**
8 after service of appellants' reply brief, that the appeal is ready for oral argument.

Dated: July 24, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT